IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALBUQUERQUE AMBULATORY
EYE SURGERY CENTER LLC,

    Plaintiff,

v.                                                     Civ. No. 1:21-cv-00280 MIS/JFR

TRANSPORTATION INSURANCE
COMPANY,

    Defendant.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order (ECF No. 39) filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

IT IS HEREBY ORDERED that all claims are DISMISSED WITH PREJUDICE.

*/s/ Margaret Strickland*
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE